**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA GREER and DONALD GREER, | No. C 05-04657 WHA |
| Plaintiff, | |
| v. | **ORDER OF REFERRAL** |
| MERCK & CO., INC., MCKESSON CORPORATION, and DOES ONE through TWENTY, inclusive, | |
| Defendants. | |

    This action appears to be one of several cases currently pending in the Northern District of California involving the prescription drug VIOXX®. The earliest-filed action was *Guinta v. Merck & Co., Inc.*, Case No. C 04-5061 MHP. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Marilyn H. Patel for the purpose of determining whether it is related as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: November 21, 2005

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE